IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 11-00239-01-CR-W-FJG |
| Felipe S. Lara, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On October 13, 2011, the defendant was ordered to undergo a competency evaluation (Doc. #7). Defendant was examined by John H. Wisner, M.D. whose psychiatric evaluation was filed on December 28, 2011 (Doc.#9). It is the opinion of Dr. Wisner that defendant is competent to proceed. During a hearing held before Chief United States Magistrate Judge Robert Larsen on January 10, 2012, defendant and the government stipulated to Dr. Wisner's report.

Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen (Doc. #13) is adopted in its entirety,

IT IS FURTHER ORDERED that this Court finds defendant competent to proceed.


   /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: January 23, 2012
Kansas City, Missouri